UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORION S. EHRINGER, | No. 2:15-cv-0985 AC P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a).

By order dated May 27, 2015, the court directed plaintiff to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00. ECF No. 3. One June 1, 2015,[2] plaintiff submitted a declaration stating that officials at Wayne Brown Correctional Facility where he is incarcerated lost his IFP application.

////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

[2] This document was filed by the clerk on June 3, 2015. ECF No. 7.

1

ECF No. 7 at 2. Accordingly, the Clerk is directed to provide plaintiff with a new IFP application form.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 5, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2