UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORION S. EHRINGER, | No. 2:15-cv-0985 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff, a former county jail inmate now in Metropolitan State Hospital in Norwalk, California, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 1, 2016, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

/////

1

1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.[1]

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed March 1, 2016, are adopted in full; and

        2. Plaintiff's motion for release (ECF No. 5) is denied.

DATED: March 29, 2016

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court construes the complete sentence on page 9, line 20, as a reiteration of the recommendation that petitioner's motion for release be denied rather than as a ruling on the motion.

2