UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORION S. EHRINGER, | No. 2:15-cv-00985-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Defendant. | |

On March 1, 2016, the magistrate judge recommended dismissal of plaintiff's first amended complaint for failure to state a claim under Federal Rule of Civil Procedure 8(a)(2) and granted thirty days for plaintiff to file a second amended complaint. ECF No. 24 at 10. This court adopted the magistrate court's findings and recommendations on March 29, 2016. ECF No. 26. To date, plaintiff has not filed a second amended complaint or taken further action to complete litigation of this case.

IT IS THEREFORE ORDERED that plaintiff show cause within fourteen (14) days of the date of this order why this case should not be dismissed for his failure to prosecute. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: August 22, 2016

UNITED STATES DISTRICT JUDGE

1